# United States Court of Appeals for the Sixth Circuit

| Name of Movant<br>Kevin Keith | Prisoner Number<br>295-769 | Case Number<br>(leave blank) |
|---|---|---|
| Place of Confinement<br>Ohio State Penitentiary | | |

IN RE:   Keith

, MOVANT

1. Name and location of court which entered the judgment of conviction from which relief is sought:

   Crawford County Court of Common Pleas, 112 E. Mansfield St., Suite 200, Bucyrus, OH 44820

2. Parties' Names:   State v. Keith
   -vs.
   2/22/94

3. Docket Number: 94CR0042    4. Date Filed:

5. Date of judgment of conviction:   6/1/94    6. Length of sentence: Death

7. Nature of offense(s) involved (all counts):

   3 Counts aggravated murder 2903.01, each carrying specification that murder was part of course of conduct 2929.04(A)(5)
   3 Counts attempted murder, ORC 2923.02

8. What was your plea? (Check one)    Not Guilty _X_    Guilty____    Nolo Contendere____

9. If you pleaded not guilty, what kind of trial did you have? (Check one)    Jury _X_    Judge only____

10. Did you testify at your trial? (Check one)    Yes____    No _X_

11. Did you appeal from the judgment of conviction? (Check one)    Yes _X_    No____

12. If you did appeal, what was the
    Name of court appealed to:    (1) Court of Appeals for Crawford County; (2) Ohio Supreme Court
    Parties' names on appeal:    State v. Keith
                                 vs
    Docket number of appeal: (1) 3-94-14; (2) 96-1149    (1) 8/19/98   (2) 10/1/97
                                                         Date of decision:
    Result of appeal:    Convictions & Sentence Affirmed

13. Other than a direct appeal from the judgment of conviction and sentence, have you filed any other petitions, applications for relief, or other motions regarding this judgment in any federal court? <u>Yes</u> No

14. If you answered "Yes" to question 13, answer the following questions:

    A. FIRST PETITION, APPLICATION, OR MOTION

    (1) In what court did you file the petition, application, or motion? <u>U.S. District Court for the Northern District</u>

    (2) What were the parties' names? <u>Keith v. Mitchell</u> vs. _____

    (3) What was the docket number of the case? <u>1:99cv657</u>

    (4) What relief did you seek? <u>Writ of Habeas Corpus</u>

    (5) What grounds for relief did you state in your petition, application, or motion?

1) Ineffective Assistance of Counsel
2) Involuntary and unauthorized waiver of right to present mitigation
3) Caldwell violation
4) Adams v. Texas violation
5) Unreliable eyewitness identification
6) Admission of unauthenticated evidence
7) Juror misconduct;  8) Judicial bias
9) Trial court failed to inquire about Keith's request for appointed counsel

    (6) Did the court hold an evidentiary hearing on your petition, application or motion?   Yes ____   No <u>X</u>

    (7) What was the result?   Relief granted ____   Relief denied on the merits <u>X</u>

    Relief denied for failure to exhaust ____

    Relief denied for procedural default <u>X</u>

    (8) Date of court's decision: <u>6-14-01</u>

    B. SECOND PETITION, APPLICATION, OR MOTION

    (1) In what court did you file the petition, application, or motion? _____

    (2) What were the parties' names? _____ vs. _____

    (3) What was the docket number of the case? _____

    (4) What relief did you seek? _____

    (5) What grounds for relief did you state in your petition, application, or motion?

    (6) Did the court hold an evidentiary hearing on your petition, application or motion?   Yes ____   No ____

    (7) What was the result?   Relief granted ____   Relief denied on the merits ____

    Relief denied for failure to exhaust ____

    Relief denied for procedural default ____

    (8) Date of court's decision: _____

C  THIRD AND SUBSEQUENT PETITIONS, APPLICATIONS, OR MOTIONS
For any third or subsequent petition, application, or motion, attach a separate page providing the information required in items (1) through (8) above for first and second petitions, applications, or motions

D. PRIOR APPELLATE REVIEW(S)
Did you appeal the results of your petitions, applications, or motions to a federal court of appeals having jurisdiction over your case? If so, list the docket numbers and dates of final disposition for all subsequent petitions, applications, or motions filed in a federal court of appeals.

| | | |
|---|---|---|
| First petition, application, or motion | Yes Appeal No. | No  01-4266 |
| Second petition, application, or motion | Yes Appeal No. | No |
| Subsequent petitions, applications or motions | Yes__ Appeal No. | No |
| Subsequent petitions, applications or motions | Yes Appeal No. | No |
| Subsequent petitions, applications or motions | Yes Appeal No. | No |
| Subsequent petitions, applications or motions | Yes | |
| Appeal No. | No | |

If you did not appeal from the denial of relief on **any** of your prior petitions, applications, or motions, state which denials you did not appeal and explain why you did not.

15. Did you present any of the claims in this application in any previous petition, application, or motion for relief under 28 U.S.C. § 2254 or § 2255? (Check one) Yes ___ No  X

16. If your answer to question 15 is "Yes," give the docket number(s) and court(s) in which such claims were raised and state the basis on which relief was denied.

17. If your answer to question 15 is "No," why not?   Evidence supporting new claims was suppressed by the State (see attached)

This Court will grant you authority to file in the district court only if you show that you could not have presented your present claims in your previous § 2254 or § 2255 application because

A. (For § 2255 motions only) the claims involve "newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable fact finder would have found [you] guilty"; or,

B. (For § 2254 petitions only) "the factual predicate for the claim could not have been discovered previously through the exercise of due diligence" and "the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable fact finder would have found [you] guilty of the offense"; or,

C. (For both § 2254 and § 2255 applicants) the claims involve "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court [of the United States], that was previously unavailable."

I did not present the following claims in any previous petition, application, or motion for relief under 28 U.S.C. § 2254:

I was unaware that the evidence supporting my Brady claim existed. (See attached)

I did not present the claims listed above in any previous petition, application, or motion because

I was unaware that the evidence supporting my Brady claim existed (See attached)

Movant prays that the United States Court of Appeals for the Sixth Circuit grant an Order Authorizing the District Court to Consider Movant's Second or Successive Application for Relief Under 28 U.S.C. §§ 2254 or 2255

_____ on behalf on Kevin Keith
Movant's Signature

I declare under Penalty of Perjury that my answers to all questions in this Motion are true and correct. Executed on __8-25-08__
[date]

_____ on behalf of Kevin Keith
Movant's Signature

PROOF OF SERVICE

A copy of this motion and all attachments must be sent to the state attorney general (§ 2254 cases) or the United States Attorney for the United States judicial district in which you were convicted (§ 2255 cases)

I certify that on __Aug. 25, 2008__ I mailed a copy of this motion and all attachments [date]
to __Daniel Ranke, Assistant Attorney General__ at the following address:
__615 W. Superior Ave, 11th Floor, Cleveland OH 44113__

_____ on behalf of Kevin Keith
Movant's Signature